**Walter E. DE COURCY, v. UNITED STATES of America.**

No. 8941.

Circuit Court of Appeals, Ninth Circuit.

March 20, 1939.

Ames Peterson, of Los Angeles, Cal., for appellant.

Ben Harrison, U. S. Atty., and William F. Hall, Asst. U. S. Atty., both of Los Angeles, Cal.

984

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of motion of appellee· to strike bill of exceptions and to dismiss appeal herein, and of oral presentation thereof by respective counsel, ordered motion granted, that the bill of exceptions herein be stricken and that the appeal in this cause be dismissed, that a judgment be filed and entered accordingly; and that the mandate of this court issue as provided in Rule 28.